**No. 11-6700. Robert Scott, Sr., Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 541, 181 L. Ed. 2d 379, 2011 U.S. LEXIS 7606.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 434 Fed. Appx. 103.

**No. 11-6709. Gerard Ronald Louis, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 541, 181 L. Ed. 2d 379, 2011 U.S. LEXIS 7662.

October 31, 2011. Petition for writ of certiorari of the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 437 Fed. Appx. 227.

**No. 11-6721. Sammie Lee Wilson, III, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 541, 181 L. Ed. 2d 379, 2011 U.S. LEXIS 7681.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 376 Fed. Appx. 972.

**No. 11-6726. Eldridge Simpson, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 541, 181 L. Ed. 2d 379, 2011 U.S. LEXIS 7609.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 645 F.3d 300.